

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00058-CV

_____


IN THE ESTATE OF IMOGENE GOBER, DECEASED


On Appeal from the County Court at Law
Hopkins County, Texas
Trial Court No. P10-13355


Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

# MEMORANDUM OPINION

On January 27, 2021, the trial court signed an order entitled "Order Approving Settlement." Under Rule 26.1(a) of the Texas Rules of Appellate Procedure, a notice of appeal must be filed within ninety days of the date an appealable order is signed if, as in this case, a timely motion for new trial is filed. *See* TEX. R. APP. P. 26.1(a). Thus, the deadline for the appellant, Suenan Gober, to file a notice of appeal from the trial court's January 27, 2021, order was April 27, 2021. Further, to take advantage of the extension contemplated by Rule 26.3 of the Texas Rules of Appellate Procedure, Suenan's notice of appeal would had to have been filed in the trial court on or before May 12, 2021. Suenan did not file her notice of appeal until May 18, 2021, making it untimely. *See* TEX. R. APP. P. 26.1, 26.3. However, even if the notice of appeal had been timely, it does not appear that the order at issue was a final, appealable order. *See In re Estate of Scott*, 364 S.W.3d 926 (Tex. App.—Dallas 2012, no pet.); *Bozeman v. Kornblit*, 232 S.W.3d 261 (Tex. App.—Houston [1st Dist.] 2007, no pet.).

By letter of August 30, 2021, we notified Suenan, through counsel, of this potential defect in our jurisdiction and afforded her the opportunity to demonstrate proper grounds for our retention of the appeal. Suenan did not respond to our letter. As a result, this appeal is ripe for dismissal.

In light of the foregoing, we dismiss this appeal for want of jurisdiction.


                                        Scott E. Stevens
                                        Justice

Date Submitted:        September 21, 2021
Date Decided:          September 22, 2021